**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

**JOHNATHAN HEART BROWN,**                    :

                                             :

       **Plaintiff**                        :

                                             :

**v.**                                       :        **CASE NO. 5:13-CV-307 (HL)**

                                             :

                                             :

**Warden GREGORY MCLAUGHLIN, et al,**        :

       **Defendants**                      :

                                             :

<u>**ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**</u>

        The Recommendation of the United States Magistrate Judge (Doc. 45) filed April 18, 2014 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

        No objections to the Magistrate Judge's Recommendation were filed within the time allowed.

        **SO ORDERED,** this the 13th day of May, 2014.

                          <u>*s/ Hugh Lawson*</u>
                          **HUGH LAWSON, Senior Judge**
                          **United States District Court**